Robert R. Dyer
8 Tow Truck Way
Kennebunk, ME 04043
Tel. (207) 204-3000
Fax. N/A
Email: Rdyer_govt@outlook.com

ROBERT R. DYER, Pro Se

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 JAN -4 P 4: 42

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE (PORTLAND DIVISION)

| | |
|---|---|
| PLAINTIFF:<br>ROBERT R. DYER<br><br>Vs.<br><br>DEFENDANTS:<br><br>KAMALA DEVI HARRIS,<br>JOSEPH R. BIDEN JR,.<br>DEMOCRATIC NATIONAL COMMITTEE (DNC), MAINE STATE DEMOCRATIC COMMITTEE, SECRETARY OF STATE OF MAINE AND JOHN DOE(S) | **COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**<br><br>CASE NO._____<br><br>**COMPLAINT FOR CONSTITUTIONAL DETERMINATION FOR THE DISQUALIFICATION OF A FOREIGN CITIZENSHIP HOLDER ON THE 2020 FEDERAL ELECTION BALLOT**<br><br>**28 U.S.C. § 1331, and Federal Rules of Civil Procedure** |

## NATURE OF THE ACTION

The plaintiffs seek an expedited declaratory judgement finding through a "Constitutional Determination Declaration" on the qualifications of Kamala Devi Harris, a holder of Jamaican citizenship per birthright through her farther according to The Jamaican Constitution of 1962 Chapter II Section 3C. The candidate, Kamala Harris, holds Jamaican citizenship and associated with her Jamaican citizenship, she also holds "Commonwealth Citizenship" that provides her legal rights of citizenship transfer, voting rights and the ability of running for office in some of the associated countries which are a conglomerate of former British colonies.

Jamaican or multiple foreign citizenship allegiances/alliances, through the Commonwealth Citizenship, afford Kamala Harris foreign citizenship and voting rights, and prevent her from having sole and distinct allegiance to the United States of America. This lack of sole allegiance to the United States of America Under the US Constitution and Civil Rights Act of 1866 prevent her from meeting the Constitutional Qualification(s) for the Office of the President individually, and as part of the "Democratic Party Presidential and Vice-Presidential Slate" in the 2020 Federal Election conducted November 3, 2020.

The plaintiffs seek an expedited declaratory judgement finding through a "Constitutional Determination" on the true and accurate US citizenship status of Kamala Devi Harris. Does Kamala Harris have "Natural Born US Citizenship" status, or no "United States Citizenship" status at the time of her birth. Subsequent qualification and/or granting of US Citizenship through either the USCIS defined "Naturalization Process" or marriage to an American citizen is not in question.

The parents of Kamala Harris, Donald J. Harris(father) of Jamaica, and Shyamala Gopalan(mother) of India, were in the country in 1964 on temporary, non-immigration student visa's (Type F1) which was not covered under the United States v Wong Kim Ark 169 U.S. 649 ruling for determining US citizenship of children of foreign students/foreign citizens. Furthermore, Donald Harris was attending his university studies through a colonial Jamaican government scholarship which brings into question his possible diplomatic status related to said scholarship.

The US Customs and Immigration Service (USCIS) rules, regulations and codes clearly distinguish between "Immigrant Visa's" and "Non-Immigrant Visa's" throughout the code. Immigrant visas allow for permanent work and eventually a path to US Citizenship. Non-immigrant visas are temporary in nature and do not lead to any claim to citizenship for a non-immigrant or non-immigrant status student.

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

USCIS has several, specific requirements for complying with the F-1 visa program for students, which includes sufficient financial support for the duration of the educational program and maintaining a permanent residence outside the US. The language specifically states: "You must maintain a foreign residence which you do not intend to give up." 8 USC 1101 15(F)(i) also states: "(F)(i) an alien having a residence in a foreign country which he has no intention of abandoning, who is a bona fide student qualified to pursue a full course of study and who seeks to enter the United States temporarily and solely for the purpose of pursuing such a course of study consistent with section 1184(l) 1 of this title at an established college.

Spouses or children of foreign students traveling and attending university studies in the US on F-1 visas are required to apply for, and be approved for F-2 visa's to enter the United States per USCIS immigration rules 8 CFR 214.2 (f)(3). Again, this is due to the foreign student and their family member's having a permanent residence outside the country, thus requiring application through the government established diplomatic processes of the USCIS and authorization of Congress.

The Supreme Court ruling in the United States v Wong Kim Ark 169 U.S. 649 utilized a requirement that a permanent residence be established by the parents in the United States as one of the determinants of a newborn child's citizenship. However, that decision now stands as incomplete and requires review due to changes in rules and regulations enacted by Congress and numerous government agencies since that time.

The Wong Kim Ark decision in 1898 failed to address parents that held foreign citizenship, were in the United States on only a temporary visa basis, in a non-immigration status for US Citizenship status(s) and were required to maintain foreign permanent residences and citizenship as a condition for educational study in the United States as per the regulations enacted by Congress since that time.

COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF

Furthermore, at the time of the Wong Kim Ark ruling, the Courts could not envision the ability for Global travel in less than 24 hours via airplanes, as they didn't exist. The modes of international and domestic travel were extremely slow and very limited. Domestic travel was primarily by foot, horse, horse and buggy or very recently trains. Intercontinental or International travel was primarily over the ocean by boat or steamship. All those modes of travel were slow, arduous, and therefore most individuals stayed within a small radius of their residences and local community.

The Courts and Congress in 1898 could not anticipate a pregnant woman traveling hundreds, if not thousands of miles in a day, by air to a foreign country, for a temporary stay just to give birth to her foreign child. Then, claim citizenship for the child in that foreign country that was completely foreign to her. Finally returning home to her native country to live and raise her newborn child outside the United States.

This scenario above has now become a significant "National Security Issue and National Security Threat" to the United States and our future sovereignty. Any one of these children that do not have a US Citizen parent, as the basis for their US citizenship, poses a future security threat. The foreign child can be raised, groomed, trained for a foreign adversary such as Russia, China, etc. and then be dropped back into America for higher education and political participation. With foreign "Nation State" support, the groomed asset could be provided unlimited resources to ensure their political success. It is not unfathomable that would include to the position of President if their mother's visit here resulted in an alleged "Natural Born US Citizen child", who was of completely foreign heritage and foreign citizenship from a home country birth, or even a birth on the high seas, prior to the trip to America.

The Wong Kim Ark decision failed to address the legal concept and principles that upon birth, a child becomes "the ward of the parent(s)" until the age of majority, typically at age 18. The parent(s) have full legal and parental rights to raise, educate, make location of residence decisions, enter all governmental and legal contracts for their child, etc. The only removal of

those parental rights and responsibilities can be done through the child filing for emancipation, government interdiction through the courts for neglect, or parental death.

The Wong Kim Ark decision clearly failed to address the legal concepts around the parental control as a "ward of the child" and principles surrounding "born or naturalized in the United States, and subject to the jurisdiction thereof" for foreign parents in temporary residence on non-immigrant visa. The foreign parent(s) have full legal control of their child or children, whether they were foreign born or US born. The parent can move or transfer them at any minute to the parent's country of citizenship and permanent residence and never return. The United States can exert no direct control over the child in a foreign country. Therefore, the child is never subject to the jurisdiction of the United States from any direct control perspective when a parent of foreign citizenship is temporarily in the US on a non-immigrant visa. Current USCIS rules and regulations require the foreign parent to depart and return to their home country of permanent residence, children in tow, after they complete their educational study program.

The Wong Kim Ark decision clearly failed to address the concepts of foreign citizenship by birthright grant to a newborn child of parents of foreign citizenship residing temporarily in the United States. Kamala Harris attained Jamaican citizenship by birthright through her father and the Jamaican Constitution of 1962. At the time of her birth in Oakland CA in 1964, she instantaneously became Jamaican and therefore subject to a foreign power. She also had claims to Indian citizenship through her mother based on her permanent residence being in India.

The Elk v. Wilkens 112 U.S. 94 case further brings further consideration to the question of US Citizenship status in the case of a child, Kamala Harris, born to foreign citizen parents, on non-immigration status visa(s), that attained Jamaican Citizenship at birth through birthright citizenship status in the Jamaican Constitution. Donald Harris maintained his citizenship and allegiance to Jamaica, while Shyamala Gopalan maintained her citizenship and allegiance to India concurrently. Upon completion of their educational studies, they were both required to

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

return to their countries of citizenship and permanent residences that they maintained along with their children that includes Kamala Harris. If the parents, Harris and Gopalan, wished to return to the United States and establish a path to United States Citizenship they would have to go through the process of "Naturalization" as would their foreign citizen children as stated by Chief Justice Taney in Elk v Ward.

> *"Chief Justice TANEY, in the passage cited for the plaintiff from his opinion in Scott v. Sandford, 19 How. 393, 404, did not affirm or imply that either the Indian tribes, or individual members of those tribes, had the right, beyond other foreigners, to become citizens of their own will, without being naturalized by the United States. His words were: 'They' (the Indian tribes) 'may without doubt, like the subjects of any foreign government, be naturalized by the authority of congress, and become citizens of a state, and of the United States; and if an individual should leave his nation or tribe, and take up his abode among the white population, he would be entitled to all the rights and privileges which would belong to an emigrant from any other foreign people.' But an emigrant from any foreign state cannot become a citizen of the United States without a formal renunciation of his old allegiance, and an acceptance by the United States of that renunciation through such form of naturalization as may be required law.*

Under the Constitution, Congress has continued to exercise its right to regulate commerce, treaties, and immigration policies with the foreign countries of Jamaica and India. This includes the establishment of rules and regulations for the "Immigrant" and "Non-Immigrant" categories of visas and all the regulatory requirements for each category.

Based on all the areas that the original United States v. Wong Kim Ark 169 U.S. 649 overlooked or failed to address due to unforeseen future events over the next 123 years, changes in the immigration rules and laws enacted by Congress, the requirement for foreign citizens to go through the naturalization process as outlined by Chief Justice TANEY in Elk v. Wilkens 112 U.S. 94, and the concurrent Jamaican birthright citizenship attained by Kamala Harris upon her

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

birth making her subject to multiple nations concurrently, and therefore not solely subject to the United States jurisdiction alone.

The court needs to reconsider prior case law, precedence, and provide an updated ruling in the establishment of what defines a natural born citizen, to include if one US citizen parent is required for that designation. If a child born to foreign citizens, on non-immigration student visas, that are required to maintain permanent residences outside the United States, in their home countries. Are they: 1) foreign citizens 2) US citizens by birth 3) foreign citizens subject to naturalization by application and its associated processes, or 4) natural-born citizens eligible to hold the office of the President per the U.S. Constitution.

These two specific determinations are necessary to determine if Kamala Devi Harris can and did meet the Constitutional Qualification(s) for the Office of the President, as part of the Presidential and Vice-Presidential Slate on the Democratic Party ticket in the 2020 Federal Election conducted November 3, 2020.

This is not an abstract or hypothetical question, but a live "case or controversy" under the US Constitution, Articles II, XXII, XIV, XX and XXV and the Civil Rights Act of 1866. The controversy impacted the ballots in the state of Maine, and all ballots in the totality of the United States that were prepared and used for the 2020 Federal Election for the President/Vice-President Slate. Any ballot cast for a "Presidential Party Slate" that contained a candidate unqualified to hold the position of Vice President or President needs to be deemed "invalid" and deemed to be "null and void" in order to not violate the civil rights of the voters who cast a ballot for a fully qualified "Presidential Party Slate".

Because either of the two requested declaratory judgements, if found to be valid for the disqualification of Kamala Harris to be on the Democratic Party Slate for President, will terminate the Nationwide ballot discrepancies concerning vote counts, absentee ballots counted in error, software discrepancies, votes against individual state legislature approved rules and

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

processes, etc. The facts of Kamala Harris's heritage are well known due to her biography, parents biographies, and as a public figure are not in dispute. It is appropriate for this court to grant this relief in a summary proceeding without an evidentiary hearing or discovery. See Advisory Committee on Federal Rules of Civil Procedure, Fed. R. Civ. P. 57.

I. **The Parties to this Complaint**

    A. **The Plaintiff**

        Plaintiff

| | |
|---|---|
| Name | Robert R. Dyer |
| Street Address | 8 Tow Truck Way |
| City and County | Kennebunk (York) |
| State and Zip Code | ME 04043 |
| Telephone Number | (207) 204-3000 |
| E-mail Address | rdyer_govt@outlook.com |

    B. **The Defendants**

        Defendant No. 1

| | |
|---|---|
| Name | Kamala Devi Harris |
| | Both Individual and Official Capacity |
| Job or Title | United States Senator |
| Street Address | 112 Hart Senate Office Building |
| City and County | Washington |
| State and Zip Code | DC 20510 |
| Telephone Number | (202) 224-3553 |
| Email Address | Unknown |
| Sued In: | |

Defendant No. 2

| | |
|---|---|
| Organization | Biden Harris Election Organizations |
| Name | Joseph R. Biden, Jr. |
| Both Individual and Official Capacity | |
| Job or Title | Former Vice President |
| Street Address | 1205/1207 Barley Mill Road |
| City and County | Wilmington |
| State and Zip Code | DE 19807 |
| Telephone Number | (302) 574-2008 |
| Email Address | Unknown |

Defendant No. 3

| | |
|---|---|
| Organization | Democratic National Committee |
| Official Capacity | |
| Name | Thomas Edward Perez |
| Job or Title | Chairman |
| Street Address | 430 South Capital St SE |
| City and County | Washington |
| State and Zip Code | DC 20003 |
| Telephone Number | (202) 863-8000 |
| Email Address | Unknown |

Defendant No. 4

| | |
|---|---|
| Organization | Maine Democratic State Committee |
| Official Capacity | |
| Name | Katherine Knox |
| Job or Title | Registered Agent |
| Street Address | 320 Water Street, 3rd Floor |

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

|   |   |
|---|---|
| City and County | Augusta |
| State and Zip Code | ME 04330 |
| Telephone Number | (207) 622-6233 |
| Email Address | Unknown |

Defendant No. 5

|   |   |
|---|---|
| Organization | Secretary of State - Maine |
| Official Capacity |   |
| Name | Shenna Bellows |
| Job or Title | Secretary of State |
| Street Address | 148 State House Station |
| City and County | Augusta |
| State and Zip Code | ME 04333 |
| Telephone Number | (207) 626-8400 |
| Email Address | Unknown |

Defendant No. 6

|   |   |
|---|---|
| Organization | United States Senate |
| Official Capacity |   |
| Name | Michael Richard Pence |
| Job or Title | Vice President and President of the US Senate |
| Agent for Service | Solicitor General of the United States |
| Street Address | Department of Justice, Room 5614 |
| City and County | Washington |
| State and Zip Code | DC 20530-0001 |
| Telephone Number | Unknown |
| Email Address | Unknown |

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

Defendant No. 7

| | |
|---|---|
| Name | John Doe(s) |
| Job or Title | TBD |
| Street Address | TBD |
| City and County | TBD |
| State and Zip Code | TBD |
| Telephone Number | TBD |
| Email Address | TBD |

## II.   Basis for Jurisdiction – Original Jurisdiction

The basis for the Federal Court having jurisdiction in this case is due to it being a "Federal Question Case" under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws, federal acts, federal rules, or treaties.

The following Statutes, Rules, Acts and/or provisions of the United States Constitution are at issue in this case:

### Constitution, Article Two, Section 1, Clause 5 – Qualification for Office of the President:

> *"No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States".*

### Constitution, Twelfth Amendment (XII) – Procedure for Electing the President and Vice President:

> *The Electors shall meet in their respective states and vote by ballot for President and Vice-President… But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.*

### Civil Rights Act of 1866 – Main Body Text

> *"That all persons born in the United States AND not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and*

*such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding."*

### Civil Rights Act of 1866, Sec. 10 – Questions of Law Concerning the CRA

*"And be it further enacted, That, <u>upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States</u>".*

### Constitution, Twentieth Amendment (XX), Section 3 – Presidential Term & Process for if a President has not been chosen yet:

*"If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. <u>If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified</u>; and the <u>Congress may by law provide for the case wherein neither a President elect nor a Vice President elect shall have qualified</u>, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified."*

### Constitution, Twenty-Fifth Amendment (XXV), Section 1 – Procedure for Electing the President and Vice President:

*"<u>In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.</u>"*

### Case: United States v. Wong Kim Ark

In the case of United States v. Wong Kim Ark, the Supreme Court ruled that a person becomes a citizen of the United States at the time of birth, by virtue of the first clause of the 14th Amendment, if at a minimum that person:

1) Is born in the United States

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

2) Has parents that are subjects of a foreign power, but not in any diplomatic or official capacity of that foreign power

3) Has parents that have permanent domicile and residence in the United States

Kamala Harris can pass the conditions #1 & #2 in the Case of US vs Wong Kim Ark above, but Kamala Harris she fails on condition #3. Kamala Harris's parents were both in the United States on "Student Visas" which are "Temporary in Nature", AND require their permanent residence be OUTSIDE the United States (USCIS Rule 6 Below).
Therefore, she doesn't qualify for US Citizenship under this case of precedence. Furthermore, Kamala Harris would then be unqualified to hold the position of President and/or Vice-President of the United States per Constitutional Qualification requirements.

### Federal Rules: US Citizen and Immigration Services (USCIS):

If you would like to study as a full-time student in the United States, you will generally need a student visa. There are two non-immigrant visa categories for persons wishing to study in the United States. These visas are commonly known as the F and M visas.
You may enter in the F-1 or M-1 visa category provided you meet the following criteria:

1) You must be enrolled in an "academic" educational program, a language-training program, or a vocational program

2) Your school must be approved by the Student and Exchange Visitors Program, Immigration & Customs Enforcement

3) You must be enrolled as a full-time student at the institution

4) You must be proficient in English or be enrolled in courses leading to English proficiency

5) You must have sufficient funds available for self-support during the entire proposed course of study

6) **You must maintain a residence abroad which you have no intention of giving up.**

Qualification Item #3 the "permanent domicile and residence requirement" in the Wong Kim Ark case decision (Above), is clearly in conflict with USCIS #6 that requires foreign students "to maintain a permanent domicile and residence OUTSIDE the United States." This conflict needs to be adjudicated by the courts.

### The Constitution of Jamaica, Chapter II, Section 3C

3C. Every person born outside Jamaica shall become a citizen of Jamaica -

a. on the sixth day of August, 1962, in the case of a person born before that date; or

b. on the date of his birth, in the case of a person born on or after the sixth day of August, 1962,

if, at that date, his father or mother is a citizen of Jamaica by birth, descent or registration by virtue of marriage to a citizen of Jamaica.

Donald J. Harris (Kamala Harris's Father) was born in 1938 in Brown's Town, St. Ann Parish, Jamaica. Therefore, he was clearly a Jamaican citizen by birth.

Upon her birth to a Jamaican Father, Donald J Harris, in 1964, Kamala Harris became a citizen of Jamaica according to the Jamaica Constitution of 1962.

### III. Statement of Claims

The plaintiffs allege and submit the following claims.

1. Kamala Devi Harris holds Jamaican citizenship, by birthright through her father, as per the Jamaican Constitution of 1962.

2. Kamala Devi Harris is not "Constitutionally Qualified" to be a candidate on a Federal Election Ballot for the Democratic Party Slate or hold the position of President and/or Vice President on a Federal Election Ballot.

3. Kamala Devi Harris most likely does not hold United States Citizenship based on both her parents each independently holding a "F-1 Temporary Student Visa", at the time of her birth. The requirement for those holders of F-1 US Visa(s) for educational study at American institutions is to maintain "permanent residences outside the country" per

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

(USCIS, requirement 6 for F-1 student visas). The Supreme Court's prior ruling in the United States v. Wong Kim Ark, when applied in Kamala Devi Harris case, indicates she does not qualify for US Citizenship at birth.

4. Further discovery, may lead to the lack of proper Immigration Documentation to support her immigration through the USCIS "Immigration Processes" or "Naturalization Processes" by her parents, herself, or US Husband at the time of marriage. Ms. Harris could very well fall under the "Dreamer Category" of immigrants due to lack of proper immigration document status.

5. If so identified, and subsequently ruled on by the Court, in relation to item number 3 above, Kamala Devi Harris is not a US Citizen, not a "natural Born US Citizen", and therefore does not meet the qualifications to be President nor Vice-President of the United States per the US Constitution Article II.

6. Kamala Devi Harris is not "Constitutionally Qualified" to be a candidate on a Federal Election Ballot for the Democratic Party Slate to hold the position of President and/or Vice President on a Federal Election Ballot due to holding foreign citizenship, not having "natural born" US Citizenship, or at best holding duel US-Jamaican citizenship which is a disqualifying condition.

7. ALL 2020 Federal Election Ballots, where a ballot was cast for the Democratic Party Slate of "Biden/Harris" are Invalid and should be declared Null & Void due to an "Unqualified Candidate Kamala D. Harris" being listed, and subsequently selected on said ballots.

8. Civil Rights Act of 1866 Violations - The Democratic Party Organization(s) and the Democratic National Committee (DNC) have violated the US Constitution and the Civil Rights Act of 1866, for each and every voter, in each and every State(s) within the United States and Its' Territories, during the Federal Election conducted on November 3, 2020 by placing an "Unqualified Democratic Party Slate" of "Joseph Biden/Kamala Harris" on EVERY State Ballot for purposes of electing the President and Vice President of the United States.

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

9. Democratic Party – The DNC and State Democratic Organization(s) failed to conduct proper vetting and to investigate the Citizenship qualification of Kamala Harris for the position of Vice President or President.

10. Democratic Party – The DNC and State Democratic Organization(s) submitted to each State and US Territory within the United States, an "Unqualified Democratic Party Slate" of "Joseph Biden/Kamala Harris" as their Democratic Party voting option for the Office of the President and Vice-President in the Federal Election.

11. Joseph R. Biden and all his related political organization(s) for his 2020 Presidential Candidacy, failed to conduct proper vetting and to investigate the Citizenship qualification of Kamala Harris for the position of Vice President or President.

12. Secretary of State of Maine and Other State Secretaries failed to conduct proper vetting of all Presidential and Vice-Presidential Party Slates and/or candidates to ensure they meet the Qualifications for President or Vice-President per the United States Constitution and all related acts, Supreme Court case rulings, etc..

13. Secretary of State(s) all failed to identify the 2020 Democratic Party Slate of "Biden/Harris" as "Constitutionally Dis-Qualified" and reject the 2020 Democratic Party Slate of "Biden/Harris" for inclusion on their respective state 2020 ballots.

14. Kamala Harris filed for consideration and opened a Presidential Committee when she was/is a "Non-Constitutionally Qualified" candidate for the office of President.

15. Fraud and Unjust Enrichment: Kamala Harris all her related political organization(s) for her 2020 Presidential Candidacy, defrauded all political donors that contributed to her Presidential Campaign as she was unqualified to hold the position of President of the United States, and the donors expected their contributions to support a valid and qualified candidate, which she was not.

16. Fraud and Unjust Enrichment: Joseph R. Biden and Kamala Harris and all their related political organization(s) for the 2020 Presidential Candidacy, defrauded all political donors that contributed to their joint Presidential Campaign, for failure to conduct proper vetting and to determine joint qualifications for the ticket to qualify for the elections. The

**COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF**

     donors expected their contributions to support a valid and qualified Democratic Party Slate in the election, which they did not.

17. Fraud and Unjust Enrichment: The Democratic National Committee and all State Democratic Organization(s) defrauded all political donors that contributed to the 2020 Presidential Campaign organization, for failure to conduct proper vetting and determine joint qualifications for the Biden/Harris ticket to qualify for the Federal Elections as the donors expected their contributions to support. The donors expected their contributions to support a valid and qualified Democratic Party Slate in the election, which they did not.

## IV.  Prayer for Relief

The plaintiffs in this case are seeking the only possible redresses that can be contemplated related to the Democratic party failing to properly vet their President/Vice-President ticket for the Federal Election, conducted on November 3, 2020 as follows:

1. A determination that Kamala Devi Harris holds Jamaican citizenship, by birthright through her father, as per the Jamaican Constitution of 1962.
2. A determination of the "Natural Born Citizenship" status of Kamala Devi Harris, based on her foreign parent(s) temporary F-1 Student Visa requirements and the United States v. Wong Kim Ark Supreme Court precedence.
3. Determination that the "Kamala Harris" was an unqualified candidate to hold the office of Vice President, and thus unqualified to hold the position of President as well, per the US Constitution's qualification standards for President of the United States.
4. Determination that the Democratic National Committee (DNC), Democratic Officials, Joseph R. Biden Jr., Kamala Harris and others failed to properly identify "Presidential Qualification Standards" for the Democratic Presidential Ticket in the 2020 Federal Election conducted November 3, 2020.
5. Determination that based on the failure of Kamala Harris to meet the Presidential Qualifications, any ballot selecting her as part of a Democratic Party Slate during the

Federal 2020 Presidential Election cast by an individual voter becomes "Invalid" and/or "Null and Void".

6. Determination that any vote cast in the 2020 Federal Election for President that contains an Invalid Ballot Selection option be declared "Invalid" and/or "Null & Void" under the Civil rights Act of 1866 and the Voting Rights Act to prevent the SUPPRESSION of votes cast by voters that voted for a "Valid Presidential Ticket" where those candidates meet the qualifications to hold the Office of the President according to the "Constitutional Qualification Requirements".

7. Determination that the Governors, Secretaries of State and State Legislatures of each individual state or Territory, invalidate and not count any ballot that had an "Unqualified Democratic Presidential Slate" selected in the Federal Election conducted on November 3, 2020.

8. Require that the Governors, Secretaries of State and State Legislatures of each individual state or Territory recount and validate the vote counts in their respective States for Presidential Party Slates containing votes for only "Valid and Qualified Presidential Candidate Slates".

9. Require that the Governors, Secretaries of State and State Legislatures of each individual state or Territory revise and resubmit Valid Electors to the Electoral College for submission to Congress for final tabulation to determine the legitimate Presidential Electoral Vote count.

10. Enjoin Congress from counting any erroneous Electoral College votes submitted that were based on vote counts by State(s) that included the "Invalid Votes" for an "Unqualified Presidential Party Slate".

11. Require Congress to follow the procedures identified in the US Constitution to determine an interim and temporary President in the event of a dispute to the validity of the Electoral College votes submitted to it by each of the individual respective States, until such time as the valid vote count of ballots can be corrected.

12. Require Congress to follow the procedures identified in the US Constitution to determine the President, after the invalid ballots have been removed, Valid Ballot counts have been corrected, Corrected Electoral College votes have been re-submitted to Congress by each of the individual respective States.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, we certify to the best of our knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation of discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

We agree to provide the Clerk's Office with any changes to our addresses where case-related papers may be served. We understand that our failure to keep a current address on file with the Clerk's Office may result in the dismissal of the case.

Date of Signing:     January 4, 2021.

Signature of Plaintiff: _____

Printed Name of Plaintiff 1:   Robert R. Dyer

COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF