**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**156 FEDERAL STREET**
**PORTLAND, ME 04101**

OFFICIAL BUSINESS

Date of Filing     1/4/21.

Time of Filing     4:20 PM