UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

PLAINTIFF:

ROBERT R. DYER

V.                                                                            Case No.: 2:21-CV-00002-NT

DEFENDENTS:

KAMALA DEVI HARRIS, JOSEPH R. BIDEN, MICHAEL R. PENCE, DEMOCRATIC NATIONAL COMMITTEE, MAINE STATE DEMOCRATIC COMMITTEE, SECRETARY OF STATE OF MAINE AND JOHN DOE(S)

CERTIFICATE OF SERVICE

I, Robert R. Dyer, representing myself, do hereby certify that on this 12th day of January 2021, I served a copy of the foregoing Motion for Temporary Restraining Order on the opposing side by mailing a copy thereof to:

| | |
|---|---|
| Kamala Devi Harris | 112 Hart Senate Office Building, Washington, DC 20510 |
| Joseph R. Biden, Jr. | 1205/1207 Barley Mill Road, Wilmington, DE 19807 |
| Michael R. Pence | C/O Solicitor General of the United States |
| | 950 Pennsylvania Avenue NW |
| | Department of Justice, Room 5614, Washington, DC 20530-0001 |
| Democratic National Committee | C/O Tom Perez |
| | 430 South Capital St SE, Washington, DC 20003 |
| Maine State Democratic Committee | C/O Katherine Knox |
| | 320 Water Street, 3rd Floor, Augusta, ME 04330 |
| Secretary of State of Maine | 148 State House Station, Augusta, ME 04333 |

Signature: /s/Robert R. Dyer            Date:     01/12/2021