Robert R. Dyer
8 Tow Truck Way
Kennebunk, ME 04043
Tel. (207) 204-3000
Fax. N/A
Email: Rdyer_govt@outlook.com

ROBERT R. DYER, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE (PORTLAND DIVISION)

| | |
|---|---|
| PLAINTIFF:<br>ROBERT R. DYER<br><br>Vs.<br><br>DEFENDANTS:<br><br>KAMALA DEVI HARRIS,<br><br>JOSEPH R. BIDEN JR.,<br><br>MICHAEL R. PENCE,<br><br>DEMOCRATIC NATIONAL COMMITTEE (DNC), MAINE STATE DEMOCRATIC COMMITTEE, SECRETARY OF STATE OF MAINE AND JOHN DOE(S) | CASE NO.: 2:21-CV-0002-NT<br><br><br>**MOTION FOR ISSUANCE OF SUMMONS FOR THE COMPLAINT BY THE CLERK OF THE COURT** |

**VERIFIED MOTION FOR ISSUANCE OF SUMMONS**

The plaintiff, Robert R. Dyer, requests that the Clerk of the Court record and issue the summons documents for the filed complaint referenced above. The summons attached are for each of the Defendants identified above in the above captioned matter. The summons are necessary to provide the proper notification of service of the complaint to each of the respective defendants.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to sign and issue the attached summons for each of the respective Defendants.

**MOTION FOR JUDICIAL NOTICE**

UNDER THE PENALTIES OF PERJURY, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge.

Date of Signing:          January 14, 2021.

Signature of Plaintiff:   /s/Robert R. Dyer_____

Printed Name of Plaintiff:   Robert R. Dyer_____

**MOTION FOR JUDICIAL NOTICE**