UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT R. DYER,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL NO. 2:21-cv-00002-NT |
| KAMALA DEVI HARRIS, et al.,<br>    Defendants | )<br>)<br>) | |

JUDGMENT OF DISMISSAL

In accordance with the Order No. 21, issued on January 19, 2021 by U.S. District Judge Nancy Torresen, this action is Dismissed.

JUDGMENT OF DISMISSAL is hereby entered.

                                          Christa K. Berry
                                          Clerk of Court

                          By:    /s/ Melody Dalphonse
                                    Melody Dalphonse
                                    Deputy Clerk

Dated: January 20, 2021