Robert R. Dyer
8 Tow Truck Way
Kennebunk, ME 04043
Tel.  (207) 204-3000
Fax. N/A
Email: Rdyer_govt@outlook.com

ROBERT R. DYER, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE (PORTLAND DIVISION)

| | |
|---|---|
| PLAINTIFF:<br>ROBERT R. DYER | CASE NO.: 2:21-CV-0002-NT_____ |
| Vs. | |
| DEFENDANTS: | **NOTICE OF APPEAL** |
| KAMALA DEVI HARRIS, | |
| JOSEPH R. BIDEN JR., | |
| MICHAEL R. PENCE, | |
| DEMOCRATIC NATIONAL COMMITTEE | |
| (DNC), MAINE STATE DEMOCRATIC | |
| COMMITTEE, SECRETARY OF STATE OF | |
| MAINE AND JOHN DOE(S) | |

**VERIFIED NOTICE OF APPEAL**

The plaintiff, Robert R. Dyer, in the above captioned matter, requests an appeal of the recent rulings in this case to the United States Court of Appeals for the First Circuit in Boston Massachusetts.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to process this request for appeal and forward the necessary documents to the First District Appeals Court to enable the appeals court to establish and open the appeal case on this matter.

UNDER THE PENALTIES OF PERJURY, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge.

Date of Signing:  January 29, 2021.

Signature of Plaintiff:  /s/ Robert R. Dyer

Printed Name of Plaintiff:  Robert R. Dyer