# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| | |
|---|---|
| D.C. #  2:21-cv-00002-NT | C.C.A. # |
| CASE TITLE: ROBERT R DYER v. KAMALA DEVI HARRIS | |
| Name of Counsel for Appellant(s): | ROBERT R DYER - Pro Se |
| Name of Counsel for Appellee(s): | N/A |
| Name of Judge: | NANCY TORRESEN |
| Court Reporter(s) & Dates: | N/A |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☒ Yes  ☐ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |